

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00260-CV

| | | |
|---|---|---|
| DFW International Airport Board | § | From the 153rd District Court |
| | § | of Tarrant County (153-257700-11) |
| v. | | |
| | § | January 30, 2014 |
| Ysenia Boykin | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant DFW International Airport Board shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot